AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| ANNMARIE MATERA, | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 1:25-cv-02689 |
| ANDREW SCOT REALTY, LLC AND OLD | ) |
| WORLD RESTAURANT GROUP LLC, | ) |
| _____ | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE RIDER ON FOLLOWING PAGE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Hanski, Esq.
Hanski Partners LLC
85 Delancey Street
New York, NY  10002
rgh@disabilityrightsny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  05/14/2025 _____

*Cynthia Valera*
_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-CV-2689

## RIDER TO SUMMONS

The following are the names and service addresses of the defendants for the Summons.

ANDREW SCOT REALTY, LLC
4029 HYLAN BLVD.
STATEN ISLAND, NY, UNITED STATES, 10308


OLD WORLD RESTAURANT GROUP LLC
4029 HYLAN BLVD.
STATEN ISLAND, NY, UNITED STATES, 10308